## LILES v. CHARLES LEE BYRD LOGGING CO.

No. 673PA82.

Case below: 59 N.C. App. 330.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 28 January 1983.

## MEACHAM v. BOARD OF EDUCATION

No. 687P82.

Case below: 59 N.C. App. 381.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 February 1983.

## NAYLOR v. INGRAM

No. 684P82.

Case below: 59 N.C. App. 362.

Petition by defendants for discretionary review under G.S. 7A-31 denied 28 January 1983.

## PERDUE v. DANIEL INTERNATIONAL

No. 686P82.

Case below: 59 N.C. App. 517.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 January 1983.

## PETERS v. ELMORE

No. 692P82.

Case below: 59 N.C. App. 404.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 February 1983.